JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| Maria Kovary, et al., | Case No. CV 14-4534-GW(CWx) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER TO DISMISS WITH PREJUDICE** |
| Honeywell International, Inc., et al, | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that the above-entitled action shall be dismissed with prejudice pursuant to Rule 41(a)(l)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

IT IS SO ORDERED.

Dated: November 3, 2015

_____
GEORGE H. WU, U.S. DISTRICT JUDGE